# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

BRAYON WILLIAMS, )
)
        Plaintiff, )
)
v. ) No. 2:24-cv-00073-SPM
)
MARION COUNTY SHERIFFS )
OFFICE, et al., )
)
        Defendants. )

## OPINION, MEMORANDUM AND ORDER

This closed case is before the Court on self-represented Plaintiff Brayon Williams's motion titled "Motion Against Obstructionist Behavior," which the Court construes as a Motion to Reconsider. Doc. [12]. In his motion, Plaintiff complains that this case was dismissed for failure follow the Court's Order to pay the filing fee or file a motion to proceed *in forma pauperis*. He asserts the filing fee conflicts with the Constitution, in particular the Due Process and Equal Protection clauses of the Fourteenth Amendment.

Plaintiff has failed to show that the Court erred in dismissing this action. To the extent Plaintiff's motion asks the Court to reconsider its Order of Dismissal dated January 14, 2025, it will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion Against Obstructionist Behavior," which the Court construes as a Motion to Reconsider, is **DENIED**. Doc. [12]

Dated this 24th day of June, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE